```
1  Robert H. Johnson (SBN 048067)
   Lehoa Nguyen (SBN 232980)
2  JOHNSON SCHACHTER & LEWIS
   A Professional Law Corporation
3  California Plaza
   2180 Harvard Street, Suite 560
4  Sacramento, CA 95815
   Telephone: (916) 921-5800
5  Facsimile: (916) 921-0247

6  Attorneys for Scott Robertson and Robertson and Woodford, LLP
```

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL CHARLES E. "CHUCK" YEAGER,<br><br>　　　Plaintiff<br><br>v.<br><br>SUSAN YEAGER, MICHAEL YEAGER; DONALD YEAGER; SHARON YEAGER; YEAGER, INC.; SCOTT ROBERTSON; ROBERTSON AND WOODFORD, LLP; DEWEY HARPAINTER; CINDY SIEGFRIED; and DOES 1 through 10,<br><br>　　　Defendants. | Case No. 2:06-cv-01196-DFL-PAN (JFM)<br><br>INITIAL STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULES 6-144 & 83-143 |

Pursuant to Local Rules 6-144 and 83-143, plaintiff, by and through his attorney of record, and defendants Scott Robertson and Robertson and Woodford, LLP, by and through their attorneys, hereby stipulate that the time allowed for said defendants to respond to plaintiff's complaint shall be extended so that said responsive pleading is due filed on or before August 8, 2006. The complaint was served on these defendants on June 8, 2006. Good cause exists for the extension in that these defendants need time to review voluminous file materials with their counsel. Plaintiff's counsel has granted the other defendants who have been served in this action

similar extensions of time, so that if those stipulations are approved their response pleadings would also be due during the first part of August, 2006. No previous extensions for these defendants have been sought.

IT IS SO STIPULATED.

June 22, 2006                    /S/ George A. Roberts
                                 GEORGE A. ROBERTS
                                 Attorney for Plaintiff General Charles E.
                                 "Chuck" Yeager

June 22, 2006                    JOHNSON SCHACHTER & LEWIS
                                 A Professional Law Corporation


                                  /s/ Robert H. Johnson
                                 Robert H. Johnson
                                 Attorneys for Scott Robertson and
                                 Robertson and Woodford, LLP

IT IS SO ORDERED.

June 26, 2006



                                 _____
                                 DAVID F. LEVI
                                 Chief United States District Judge

2

**INITIAL STIPULATION AND (PROPOSED) ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

# PROOF OF SERVICE

**CASE NAME:**
**CASE NO.:**        06-566

I am employed in the County of Sacramento. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 2180 Harvard Street, Suite 560, Sacramento, CA 95815.

I am familiar with this office's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a United States mailbox after the close of each day's business.

On, I served the following: INITIAL STIPULATION AND (PROPOSED) ORDER EXTENDING TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULES 6-144 & 83-143

\_\_    United States Mail - on all parties in said action by placing a true copy of the above-described document(s) enclosed in a sealed envelope in the designated area for outgoing mail addressed as set forth below.

\_\_    By FACSIMILE (telecopier) - by personally sending to the addressee's facsimile number a true copy of the above-described document(s).

\_\_    Federal Express - on all parties in said action by placing a true copy of the above-described document(s) in an authorized area for pick-up by an authorized express service courier the same day it is collected and processed in the ordinary course of business as set forth below.

\_\_    Personal Service - By personally delivering or causing to be delivered a true copy of the above-described document to the person(s) and at the address(es) set forth as shown below.

JOHNSON SCHACHTER & LEWIS   TELEPHONE: (916) 921-0247

\_\_    FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on, at Sacramento, California.

_____