Audrey A. Millemann, California State Bar No. 124954
**WEINTRAUB GENSHLEA CHEDIAK**
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California   95814
Main: 916/558-6000
Fax: 916/446-1611

Attorneys for Defendants Susan Yeager, Michael Yeager,
Donald Yeager, Sharon Yeager, and Yeager Inc.

George A. Roberts, California State Bar No. 77916
301 Broad Street
Nevada City, California  95959
Main: 530/265-3279
Fax: 530/265-6051

Attorneys for Plaintiff


IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| GENERAL CHARLES E. "CHUCK" YEAGER, | Case No. 2:06-CV-01196-DFL-PAN (JFM) |
| Plaintiff, | |
| v. | STIPULATION AND ORDER RE EXTENSION OF TIME TO RESPOND TO COMPLAINT |
| SUSAN YEAGER, MICHAEL YEAGER, DONALD YEAGER, SHARON YEAGER, YEAGER, INC., SCOTT ROBERTSON, ROBERTSON and WOODFORD, LLP, DEWEY HARPAINTER, CINDY SIEGFRIED, AND DOES 1 through 10, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel of record, that the time within which defendants Susan Yeager, Michael Yeager, Donald Yeager, Sharon Yeager, and Yeager Inc. may respond to the complaint is extended through and including August 2, 2006.   The complaint was served on defendant Yeager, Inc. on June 7, 2006.   Defendants' counsel accepted service

1   of the complaint on behalf of Susan Yeager, Michael Yeager, Donald Yeager, and Sharon

2   Yeager on June 14, 2006. Good cause exists for the extension in that defendants needed

3   additional time to obtain litigation counsel. This is the first extension of time requested.

5   Dated: June 20, 2006       **WEINTRAUB GENSHLEA CHEDIAK**

6                        Law Corporation

8                 By:   /s/ Audrey A. Millemann

8                       Audrey A. Millemann

9                       State Bar No. 124954

                         Attorneys for Defendants

12   Dated: June 20, 2006       George A. Roberts

14                 By:   /s/ George A. Roberts

15                       George A. Roberts

                       State Bar No. 77916

                       Attorneys for Plaintiff

                        **ORDER**

19   It is so ordered.

20   Dated: 6/26/2006

                       DAVID F. LEVI

                       Chief United States District Judge