GEORGE A. ROBERTS, ESQ.
SBN 77916
301 Broad Street
Nevada City, CA 95959
Telephone (530) 265-3279
Facsimile (530)265-6051

Attorney for plaintiff General Charles E. "Chuck" Yeager

UNITED STATES FEDERAL COURT

NINTH CIRCUIT, EASTERN DISTRICT

| | |
|---|---|
| GENERAL CHARLES E. "CHUCK" YEAGER,<br><br>    Plaintiff,<br><br>v.<br><br>SUSAN YEAGER, MICHAEL YEAGER, DONALD YEAGER, SHARON YEAGER, YEAGER, INC., SCOTT ROBERTSON, ROBERTSON and WOODFORD, LLP, DEWEY HARPAINTER, CINDY SIEGFRIED, AND DOES 1 through 10,<br><br>    Defendants.<br>_____ / | Case No. 2:06-CV-01196-DFL-PAN<br><br>STIPULATION AND ORDER RE DISMISSAL WITHOUT PREJUDICE |

Plaintiff, Charles E. Yeager seeks the dismissal without prejudice of named Defendant, Cindy Siegfried. The caption inadvertently included her name, and no allegations concerning named Defendant, Cindy Siegfried are listed in the complaint.

Defendants other than Cindy Siegfried hereby stipulate to an order dismissing Cindy Siegfried without prejudice.

Each of the law firms representing the designated defendants enter into this stipulation as a special appearance. The participation in this stipulation is not to be considered a general appearance by any of the counsel participating in this stipulation.

WHEREFORE, Plaintiff respectfully requests this court to dismiss without prejudice

Defendant Cindy Siegfried.

Date: 6/21/06                            /s/George A. Roberts
                                         George A. Roberts
                                         Attorney for Plaintiff
                                         General Charles E. "Chuck" Yeager

Date: 6/27/06                            /s/Dewey V. Harpainter
                                         Dewey V. Harpainter, Defendant

Date: 6/22/06                            /s/Robert H. Johnson
                                         Robert H. Johnson
                                         Attorney for Defendants
                                         Scott Robertson and Robertson,
                                         Woodford, & Summer, LLP

Date: 6/22/06                            /s/Audrey A. Millemann
                                         Audrey A. Millemann
                                         Attorney for Defendants
                                         Susan Yeager, Sharon Yeager-Flick,
                                         Donald Yeager, Michael Yeager, and
                                         Yeager, Inc.

**ORDER**

It is so ordered.

Date: 6/29/2006

_____
DAVID F. LEVI
Chief United States District Judge

2
STIPULATION AND [PROPOSED] ORDER RE DISMISSAL WITHOUT PREJUDICE