GEORGE A. ROBERTS, ESQ.
SBN 77916
301 Broad Street
Nevada City, CA 95959
Telephone (530) 265-3279
Facsimile (530)265-6051

Attorney for plaintiff General Charles E. "Chuck" Yeager

UNITED STATES FEDERAL COURT

NINTH CIRCUIT, EASTERN DISTRICT

| | |
|---|---|
| GENERAL CHARLES E. "CHUCK" YEAGER,<br><br>    Plaintiff,<br><br>v.<br><br>SUSAN YEAGER, MICHAEL YEAGER, DONALD YEAGER, SHARON YEAGER,  YEAGER, INC., SCOTT ROBERTSON, ROBERTSON and WOODFORD, LLP, DEWEY HARPAINTER, CINDY SIEGFRIED, AND DOES 1 through 10,<br><br>    Defendants.<br>_____ / | Case No.  2:06-CV-01196-DFL-PAN (JFM)<br><br>STIPULATION AND ORDER RE EXTENSION OF TIME TO RESPOND TO COMPLAINT |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel of record, that the time within which defendant Dewey V. Harpainter may respond to the complaint is extended through and including August 8, 2006.  The complaint was served on defendant Dewey V. Harpainter on June 9, 2006.  Good cause exists for the extension in that defendant needed additional time to obtain litigation counsel.  This is the first extension of time requested.

Date: 6/28/06                           /s/George A. Roberts
                                        George A. Roberts
                                        Attorney for Plaintiff
                                        General Charles E. "Chuck" Yeager


Date: 6/27/06                           /s/Dewey V. Harpainter
                                        Dewey V. Harpainter
                                        Defendant


**ORDER**

It is so ordered.

Date: 6/29/2006

                                        _____
                                        DAVID F. LEVI
                                        Chief United States District Judge

---

2
STIPULATION AND [PROPOSED] ORDER RE EXTENSION
OF TIME TO RESPOND TO COMPLAINT