Audrey A. Millemann, California State Bar No. 124954
**WEINTRAUB GENSHLEA CHEDIAK**
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California  95814
Main: 916/558-6000
Fax: 916/446-1611

Attorneys for Defendants Susan Yeager, Michael Yeager, Donald Yeager, and Sharon Yeager

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL CHARLES E. "CHUCK" YEAGER,<br><br>  Plaintiff,<br><br>  v.<br><br>SUSAN YEAGER, MICHAEL YEAGER, DONALD YEAGER, SHARON YEAGER, YEAGER, INC., SCOTT ROBERTSON, ROBERTSON and WOODFORD, LLP, DEWEY HARPAINTER, CINDY SIEGFRIED, AND DOES 1 through 10,<br><br>  Defendants. | Case No. 2:06-CV-01196-DFL-PAN (JFM)<br><br>STIPULATION AND ORDER RE SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT |

IT IS HEREBY STIPULATED AND AGREED, by and between all of the parties, through their respective counsel of record, that the time within which defendants Susan Yeager, Michael Yeager, Donald Yeager, Sharon Yeager, Yeager, Inc., Scott Robertson, Robertson and Woodford, LLP, and Dewey Harpainter may respond to the complaint is extended through and including August 29, 2006.  The complaint was served on each of the defendants in June 2006, and each of the defendants obtained an extension of time to respond through a date in early or mid August 2006.  Good cause exists for this short additional extension of time in that counsel Peter E. Glick is substituting into this action on

behalf of defendant Yeager, Inc. and that the parties believe it will be more efficient to have a single date for all defendants to respond to the complaint.  This is the second extension of time requested.

Dated:  July 13, 2006          /s/ Dewey V. Harpainter
                                        Dewey V. Harpainter
                                        State Bar No. 099756
                                        Defendant

Dated:  July 13, 2006          **WEINTRAUB GENSHLEA CHEDIAK**
                                    Law Corporation

                                    By:    /s/ Audrey A. Millemann
                                        Audrey A. Millemann
                                        State Bar No. 124954
                                        Attorneys for Defendants Susan Yeager, Michael
                                        Yeager, Donald Yeager, and Sharon Yeager

Dated:  July 13, 2006          **PETER E. GLICK**
                                    Attorney at Law

                                    By:    /s/ Peter E. Glick
                                        Peter E. Glick
                                        State Bar No. 127979
                                        Attorneys for Defendant Yeager, Inc.

Dated:  July 13, 2006          **JOHNSON SCHACHTER & LEWIS**
                                    A Professional Law Corporation

                                    By:    /s/ Robert H. Johnson
                                        Robert H. Johnson
                                        State Bar No. 048067
                                        Attorneys for Defendants Scott Robertson and
                                        Robertson and Woodford, LLP

Dated:  July 13, 2006          George A. Roberts

By:  /s/ George A. Roberts
George A. Roberts
State Bar No. 77916
Attorneys for Plaintiff

**ORDER**

It is so ordered.

Dated: July 18, 2006          /s/ David F. Levi
David F. Levi
Judge, United States District Court