Robert G. Eliason (105645)
WILD, CARTER & TIPTON
246 West Shaw Avenue
Fresno, California 93704
Telephone (559) 224-2131
Fax (559) 229-7295
Email: bobeli@comcast.net            OK/HAV

Attorneys for Plaintiff,
General Charles E. "Chuck" Yeager

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL CHARLES E. "CHUCK" YEAGER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SUSAN YEAGER, YEAGER, INC., SCOTT ROBERTSON, ROBERTSON and WOODFORD, LLP, , and DOES 1 through 10,<br><br>　　　　　　Defendants. | Case No.: 2:06-CV-01196-DFL-EFB<br><br>**STIPULATION TO AND APPLICATION FOR CONTINUANCE OF HEARING ON MOTIONS TO DISMISS THE EIGHTH CAUSE OF ACTION ALLEGED IN THE THIRD AMENDED COMPLAINT; SUPPORTING DECLARATION; AND ORDER CONTINUING HEARING** |

COME NOW moving and opposing parties with regard to pending motions challenging the sufficiency of the Eighth Cause of Action set forth in Plaintiff's Third Amended Complaint, and acting by and through counsel of record, hereby stipulate, apply and agree as follows:

1.　　That hearing on said motions may, at the request of Plaintiff and for reasons stated in the supporting declaration filed and served herewith, be ordered continued from February 28, 2007 to March 28, 2007, at 10:00 a.m. in Dept. 7 of the above-entitled Court.

2.　　That filing deadlines for opposing and reply papers shall be calculated in relation to the continued hearing date as though it were the original hearing date.

3.　　That this stipulation may be signed in counterpart and that faxed copies of

signatures may be deemed originals for all purposes.

Date: February 9, 2007

                WEINTRAUB, GENSHLEA, CHEDIAK
                           A Law Corporation


          /s/ Audrey A. Millemann (as authorized on 02/09/07)
                     AUDREY A. MILLEMANN, ESQ.
                    Counsel for Defendant, Susan Yeager

Date: February 9, 2007

                         PETER E. GLICK
                         Attorney at Law


            /s/ Peter E. Glick (as authorized on 02/09/07)
                     PETER E. GLICK, ESQ.
                    Counsel for Defendant, Yeager, Inc.

Date: February 9, 2007

                      WILD, CARTER & TIPTON


                /s/ Robert G. Eliason
                     ROBERT G. ELIASON, ESQ.
                     Co-Counsel for Plaintiff,
                     Charles E. "Chuck" Yeager

STIPULATION TO AND APPLICATION FOR CONTINUANCE OF HEARING; AND PROPOSED ORDER
CASE NO. 2:06-CV-01196-DFL-EFB

WILD, CARTER & TIPTON
246 WEST SHAW AVENUE
FRESNO, CALIFORNIA 93704
TELEPHONE (559) 224-2131

**DECLARATION OF ROBERT G. ELIASON
IN SUPPORT OF STIPULATION AND APPLICATION
FOR CONTINUANCE ON HEARING OF MOTIONS**

I, Robert G. Eliason, declare:

1. I am an attorney at law, duly licensed to practice before the above-entitled Court and am one of the attorneys of record for Plaintiff in and for the above-captioned matter.

2. My firm has only recently been retained to act as counsel of record on behalf of Plaintiff and an association of attorneys in that regard was not executed until February 9, 2007. Despite diligent effort to familiarize ourselves with the facts and pleadings in this matter, same cannot be safely or adequately accomplished with regard to response to the motions made the subject of this Stipulation/Application within the time available therefore should hearing proceed as noticed on February 28, 2007. In addition to providing time for adequate representation of Plaintiff, continuance may well serve to facilitate negotiations among the parties which will serve to obviate the need for consideration or hearing of the motions in the first instance.

3. Accordingly, the Court is urged to grant this Application so as to facilitate adequate representation of Plaintiff, and as a matter of party and judicial economy.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Executed on February 9, 2007

                     /s/ Robert G. Eliason
                   ROBERT G. ELIASON

WILD, CARTER & TIPTON
246 WEST SHAW AVENUE
FRESNO, CALIFORNIA 93704
TELEPHONE (559) 224-2131

**ORDER CONTINUING HEARING ON
MOTIONS OF DEFENDANTS, YEAGER, INC. AND SUSAN YEAGER**

THE COURT, having considered the Stipulation and Application of the parties set out above, and good cause appearing,

IT IS ORDERED THAT:

1. Hearing on the aforesaid motions is continued to March 28, 2007, at 10:00a.m., Department 7 of the above-entitled Court;

2. Filing deadlines for opposing and reply papers shall be calculated in relation to the continued hearing date as though it were the original hearing date.

Date: February 13, 2007

          /s/ David F. Levi
   Judge of the United States District Court
      in and for the Eastern District

STIPULATION TO AND APPLICATION FOR CONTINUANCE OF HEARING; AND PROPOSED ORDER
CASE NO. 2:06-CV-01196-DFL-EFB