Robert G. Eliason (CA SBN 105645)
WILD, CARTER & TIPTON
A Professional Corporation
246 West Shaw Avenue
Fresno, California 93704
Telephone (559) 224-2131
Fax (559) 229-7295
E-mail: bobeli@comcast.net

Attorneys for Plaintiffs,
General Charles "Chuck" Yeager (Ret.)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GENERAL CHARLES E. "CHUCK" YEAGER,<br><br>Plaintiff,<br><br>vs.<br><br>SUSAN YEAGER, YEAGER, INC., SCOTT ROBERTSON, ROBERTSON and WOODFORD, LLP, , and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:06-cv-01196-JAM-EFB<br><br>**STIPULATION AND ORDER TO RESCHEDULE OCTOBER 1, 2008, MOTION HEARING DATE TO SEPTEMBER 30, 2008** |

COME NOW the parties hereto, and acting by and through counsel of record, stipulate as follows:

The parties have hereby agreed to stipulate to reschedule the motion to withdraw as counsel hearing presently scheduled for Wednesday, October 1, 2008, in and for the above-captioned matter to a new date and time of Tuesday, September 30, 2008, at 1:30 p.m.

September 17, 2008          WILD, CARTER & TIPTON


                              /s/ Robert G. Eliason, Esq.          /
                             ROBERT G. ELIASON, Esq.

                             Counsel for Plaintiff,
                             General Charles E. "Chuck" Yeager

-1-
[PROPOSED] STIPULATION TO RESCHEDULE OCTOBER 3, 2008, MOTION HEARING
DATE TO SEPTEMBER 30, 2008

PDF created with pdfFactory trial version www.pdffactory.com

September 17, 2008                    ARMSTRONG & ASSOCIATES


    /s/ Dewey V. Harpainter, Esq.   /

DEWEY V. HARPAINTER, ESQ.

Counsel for Defendants,
Susan Yeager and Yeager, Inc.

September 17, 2008                    JOHNSON SCHACHTER & LEWIS, A PLC


 /s/ Robert Johnson, Esq.   /

ROBERT JOHNSON, ESQ.

Counsel for Defendants,
Scott Robertson and
Robertson and Woodford, LLP

## **ORDER**

Pursuant to the stipulation of the Parties, this Court hereby ORDERS that the motion to withdraw as counsel hearing presently scheduled for Wednesday, October 1, 2008, in the above-captioned matter be rescheduled to commence on September 30, 2008, at 1:30 p.m. in this Court.

Dated: September 18, 2008

    /s/ John A. Mendez

Hon. John A. Mendez

Judge,

United States District Court

-2-
[PROPOSED] STIPULATION TO RESCHEDULE OCTOBER 3, 2008, MOTION HEARING
DATE TO SEPTEMBER 30, 2008

**WILD, CARTER & TIPTON**
246 WEST SHAW AVENUE
FRESNO, CALIFORNIA 93704
TELEPHONE (559) 224-2131

PDF created with pdfFactory trial version www.pdffactory.com

**PROOF OF SERVICE BY ELECTRONIC FILING**

STATE OF CALIFORNIA    )
                       )
COUNTY OF FRESNO       )

  I am a citizen of the United States of California.  I am over the age of eighteen years and not a party to the within above-entitled action; my business address is 246 West Shaw Avenue, Fresno, California 93704.

On September 17, 2008, I electronically filed the foregoing **[PROPOSED] STIPULATION TO RESCHEDULE OCTOBER 3, 2008, MOTION HEARING DATE TO SEPTEMBER 30, 2008.** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

Dewey Harpainter, Esq.
Armstrong & Associates, APC
Court View Professional Building
200 Auburn Folsom Road, Suite 106
Auburn, California 95603

Robert H. Johnson, Esq.
Johnson, Schachter & Lewis
2180 Harvard Street, Suite 560
Sacramento, California 95815

  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

        By:  /s/  Esthella Soto  /

           Esthella Soto

**WILD, CARTER & TIPTON**
246 WEST SHAW AVENUE
FRESNO, CALIFORNIA 93704
TELEPHONE (559) 224-2131

Proof of Service

PDF created with pdfFactory trial version www.pdffactory.com