IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL CHARLES E. "CHUCK" YEAGER,<br><br>          Plaintiff,<br><br>     vs.<br><br>SUSAN YEAGER, YEAGER, INC., SCOTT ROBERTSON, ROBERTSON and WOODFORD, LLP, and DOES 1 through 10,<br><br>          Defendants.<br>_____/ | No. CIV S-06-01196-JAM-EFB<br><br><br><br><br><u>ORDER</u> |

On September 19, 2008, this court convened a telephonic hearing to consider plaintiff's motion filed September 17, 2008[1], to conduct telephonic depositions of Michael Yeager, Donald Yeager, and Sharon Yeager-Flick, and defendants' motion filed September 3, 2008,[2] to quash third party subpoenas served by plaintiff upon three financial institutions. Attorneys Norman Morrison and Robert Eliason appeared on behalf of plaintiff; Dewey Harpainter appeared on

---

[1] This motion was made pursuant to a request for order shortening time, which the court granted.

[2] This motion was advanced from the court's September 25, 2008 law and motion calendar.

1

1   behalf of defendants Susan Yeager and Yeager Inc.; and Robert Johnson appeared on behalf of
2   defendants Scott Robinson and Robertson and Woodford LLP.
3       For the reasons stated on the record, it is hereby ORDERED that plaintiff's motion (Dckt.
4   No. 113) to conduct telephonic depositions is GRANTED.  Each of the depositions at issue will
5   take place Monday, September 22, 2008.  Unless the parties stipulate among themselves to
6   change the times, the deposition of Michael Yeager will convene at 9 a.m.,  the deposition of
7   Donald Yeager will convene at 1 p.m., and the deposition of Sharon Yeager-Flick will convene
8   at 4 p.m.
9       Additionally, for the reasons stated on the record, it is further ORDERED that
10  defendants' motion (Dckt. No. 106) to quash third party subpoenas is DENIED.  The court will,
11  however, consider the merits of a timely filed stipulated protective order addressing defendants'
12  concerns regarding the subpoenas.
13      SO ORDERED.
14  DATED:  September 19, 2008.

                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE