LAW OFFICES OF BENJAMIN PAVONE
BENJAMIN PAVONE, ESQ.
STATE BAR NUMBER 181826
7676 HAZARD CENTER DRIVE, 5TH FLOOR
SAN DIEGO, CALIFORNIA  92108-4503
TELEPHONE: 619.224.8885
FACSIMILE:  619.224.8886
EMAIL: blp13@cornell.edu

ATTORNEYS FOR PLAINTIFF
GENERAL CHARLES E. "CHUCK" YEAGER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL CHARLES E. "CHUCK" YEAGER,<br><br>                    plaintiff,<br>v.<br>SUSAN YEAGER, YEAGER, INC., SCOTT ROBERTSON, ROBERTSON and WOODFORD, LLP, and DOES 1 through 10,<br><br>                    defendants. | CASE NO. 2:06-cv-01196-JAM-EFB<br><br>**PLAINTIFFS' EX PARTE REQUEST TO SEAL PLAINTIFF COUNSEL'S DECLARATION IN SUPPORT MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |

   Pursuant to Local Rule 39-141, plaintiff requests the Court to issue an order permitting plaintiff's declaration in support of his motion to withdraw to be filed under seal.  The grounds for the request to seal are that the reasons for the motion to withdraw are based on conversations that fall within the attorney-client privilege. CA Evid. Code, § 952.  Professing some confusion about the interaction between Local Rule 39-141(c) and 39-141(d), plaintiff counsel is filing the motion to withdraw relating to this issue in

PDF created with pdfFactory trial version www.pdffactory.com

paper format. Local Rule 39-141(e).

    Respectfully:

Date: November 7, 2008                                           LAW OFFICES OF
                                                                          BENJAMIN PAVONE

                                                                          \s\Benjamin Pavone

                                                                          Benjamin Pavone, Esq.
                                                                          Attorney for Plaintiffs

- 2 -

YEAGER v. YEAGER, EASTERN DISTRICT CASE NO. 2:06-cv-01196-JAM-EFB
REQUEST TO SEAL COUNSEL'S DECLARATION IN SUPPORT OF MOTION TO WITHDRAW

PDF created with pdfFactory trial version www.pdffactory.com

LAW OFFICES OF BENJAMIN PAVONE
BENJAMIN PAVONE, ESQ.
STATE BAR NUMBER 181826
7676 HAZARD CENTER DRIVE, 5TH FLOOR
SAN DIEGO, CALIFORNIA  92108-4503
TELEPHONE: 619.224.8885
FACSIMILE:  619.224.8886
EMAIL: blp13@cornell.edu

ATTORNEYS FOR PLAINTIFF
<u>GENERAL CHARLES E. "CHUCK" YEAGER</u>

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL CHARLES E. "CHUCK" YEAGER,<br><br>              plaintiff,<br>v.<br><br>SUSAN YEAGER, YEAGER, INC., SCOTT ROBERTSON, ROBERTSON and WOODFORD, LLP, and DOES 1 through 10,<br><br>              defendants. | CASE NO. 2:06-cv-01196-JAM-EFB<br><br>**ORDER ON REQUEST TO SEAL PLAINTIFF COUNSEL'S DECLARATION** |

    The Court grants plaintiff's motion to seal plaintiff counsel's declaration in support of his motion to withdraw.

Date: November 12_, 2008

                                              /s/ John A. Mendez
                                              Hon. John A. Mendez
                                              United States District Judge

- 1 -

YEAGER v. YEAGER, EASTERN DISTRICT CASE NO. 2:06-cv-01196-JAM-EFB
REQUEST TO SEAL COUNSEL'S DECLARATION IN SUPPORT OF MOTION TO WITHDRAW

PDF created with pdfFactory trial version www.pdffactory.com