LAW OFFICES OF BENJAMIN PAVONE
BENJAMIN PAVONE, ESQ.
STATE BAR NUMBER 181826
7676 HAZARD CENTER DRIVE, 5TH FLOOR
SAN DIEGO, CALIFORNIA  92108-4503
TELEPHONE: 619.224.8885
FACSIMILE:  619.224.8886
EMAIL: blp13@cornell.edu

ATTORNEYS FOR PLAINTIFF
GENERAL CHARLES E. "CHUCK" YEAGER

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL CHARLES E. "CHUCK" YEAGER,<br><br>            plaintiff,<br>v.<br>SUSAN YEAGER, YEAGER, INC., SCOTT ROBERTSON, ROBERTSON and WOODFORD, LLP,<br>and DOES 1 through 10,<br><br>            defendants. | CASE NO. 2:06-cv-01196-JAM-EFB<br><br>**EX PARTE APPLICATION OF BENJAMIN PAVONE FOR ORDER SHORTENING TIME ON MOTION TO WITHDRAW** |

 Pursuant to Local Rule 6-144(a) and (e), plaintiff counsel will attest to the reasons for requesting an order shortening time to hear plaintiff counsel's ex parte motion to withdraw.

 The statutory grounds for the motion to withdraw are premised upon California Rules of Professional Conduct, rule 3-700(C)(1)(d) and alternately, rule 3-700(B)(3), as more fully detailed in the accompany Declaration of Benjamin Pavone.

 The request to shorten time is made on an ex parte basis because this case would benefit by attention from a lawyer that can constructively represent plaintiffs and a transition to either new

- 1 -

YEAGER v. YEAGER, EASTERN DISTRICT CASE NO. 2:08-CV-00102-WBS-JFM
COUNSEL'S EX PARTE MOTION TO WITHDRAW AS ATTORNEY OF RECORD

PDF created with pdfFactory trial version www.pdffactory.com

counsel or plaintiffs in pro per should be accelerated, as further representation of the Yeagers by your undersigned is counterproductive to the case.

The request to shorten time is supported by the agreement of the other party's attorneys, however, I could not reach Mr. Harpainter today to sign off on a proposed stipulation to this effect.

Respectfully:

Date: November 7, 2008                                LAW OFFICES OF
                                                      BENJAMIN PAVONE

                                                      \s\ Benjamin Pavone

                                                      Benjamin Pavone, Esq.
                                                      Attorney for Plaintiffs

- 2 -

YEAGER v. YEAGER, EASTERN DISTRICT CASE NO. 2:08-CV-00102-WBS-JFM
COUNSEL'S EX PARTE MOTION TO WITHDRAW AS ATTORNEY OF RECORD

PDF created with pdfFactory trial version www.pdffactory.com

```
 1   LAW OFFICES OF BENJAMIN PAVONE
     BENJAMIN PAVONE, ESQ.
 2   STATE BAR NUMBER 181826
     7676 HAZARD CENTER DRIVE, 5TH FLOOR
 3   SAN DIEGO, CALIFORNIA  92108-4503
 4   TELEPHONE: 619.224.8885
     FACSIMILE:  619.224.8886
 5   EMAIL: blp13@cornell.edu
 6
     ATTORNEYS FOR PLAINTIFF
 7   GENERAL CHARLES E. "CHUCK" YEAGER
 8
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| GENERAL CHARLES E. "CHUCK" YEAGER,<br><br>            plaintiff,<br>v.<br><br>SUSAN YEAGER, YEAGER, INC., SCOTT ROBERTSON, ROBERTSON and WOODFORD, LLP, and DOES 1 through 10,<br><br>            defendants. | CASE NO. 2:06-cv-01196-JAM-EFB<br><br>**ORDER GRANTING PLAINTIFF COUNSEL'S MOTION TO SHORTEN TIME TO HEAR MOTION TO WITHDRAW** |
|---|---|

　　　Plaintiff counsel's motion to shorten time on the motion to withdraw is granted.  Any responsive pleading by plaintiffs or other parties shall be filed by 11/19/2008, any reply by 11/26/2008, and a hearing on the matter will be heard on 12/3/2008 at 9:00 a.m.  Plaintiffs may appear by telephone.  Plaintiff's counsel may appear by telephone.  Plaintiff's counsel shall make arrangements with the Courtroom Deputy Clerk, Harry Vine for the setting of the telephonic appearance.  Mr. Vine's telephone number is (916) 930-4091 or e-mail at: hvine@caed.uscourts.gov.

- 1 -

YEAGER v. YEAGER, EASTERN DISTRICT CASE NO. 2:08-CV-00102-WBS-JFM
COUNSEL'S EX PARTE MOTION TO WITHDRAW AS ATTORNEY OF RECORD

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Date: November 12, 2008            /s/ John A. Mendez
                                   Hon. John A. Mendez
                                   United States District Judge

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com