```
 1  CHARLETON S. PEARSE, SBN 122491
    JEANA B. PIPKIN, SBN 208915
 2  M. KATHLEEN STAKER, SBN 249062
    ADAM M. AMBROZY, SBN 258237
 3  LENAHAN, LEE, SLATER & PEARSE, LLP
    1030 15TH Street, Suite 300
 4  Sacramento, CA 95814
    Telephone: (916) 443-1030
 5  Facsimile: (916) 443-0869
 6  Attorneys for Plaintiff,
    GENERAL CHARLES E. "CHUCK" YEAGER
```

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GENERAL CHARLES E. "CHUCK" YEAGER,<br><br>          Plaintiff,<br><br>v.<br><br>SUSAN YEAGER, MICHAEL YEAGER, DONALD YEAGER, SHARON YEAGER, YEAGER, INC., SCOTT ROBERTSON, ROBERTSON and WOODFORD, LLP, DEWEY HARPAINTER, CINDY SIEGFRIED, and DOES 1 through 10,<br><br>          Defendants. | Case No. 2:06-cv-01196-JAM-EFB<br><br>**SUBSTITUTION OF ATTORNEY; and ORDER APPROVING** |

TO THE HONORABLE JOHN A. MENDEZ, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**SUBSTITUTION OF ATTORNEY**

Plaintiff GENERAL CHARLES E. "CHUCK" YEAGER, Plaintiff *In Pro Se* hereby substitutes himself out as Plaintiff *In Pro Se* and substitutes in the Law Offices of Lenahan, Lee, Slater & Pearse, LLP, with Charleton S. Pearse as lead counsel as Plaintiff GENERAL CHARLES E. "CHUCK" YEAGER attorneys of record in this matter.

-1-

The address of the Lenahan, Lee, Slater & Pearse, LlP is 1030 15th Street, Suite 300, Sacramento, California 95814.  Telephone number (916)443-1030.  Fax number is (916)443-0869.  Mr. Pearse's e-mail address is cpearse@lenahanlaw.net.

I consent to this substitution

DATED: _____                  _____
                                       GENERAL CHARLES E. "CHUCK" YEAGER
                                       Plaintiff *In Pro Se*

I accept this substitution

DATED: _____                  LENAHAN, LEE, SLATER & PEARSE, LLP.


                                       _____
                                       CHARLETON S. PEARSE, ESQ.

**ORDER APPROVING SUBSTITUTION OF ATTORNEYS**

**IT IS SO ORDERED.**

                    By:  **/s/ John A. Mendez**
                         **THE HONORABLE JOHN A. MENDEZ,**
                         **UNITED STATES DISTRICT JUDGE**

-2-