```
ROBERT H. JOHNSON (SBN 048067)
JOSHUA H. WILLERT (SBN 232414)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
California Plaza
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247
```

Attorneys for SCOTT ROBERTSON and ROBERTSON AND WOODFORD

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL CHARLES "CHUCK" YEAGER<br><br>Plaintiff<br><br>v.<br><br>SUSAN YEAGER, YEAGER, INC., SCOTT ROBERTSON, ROBERTSON AND WOODFORD,<br><br>Defendants. | CASE NO. 2:06-CV-01196-JAM-EFB<br><br>**STIPULATION AND PROPOSED ORDER RE: AGREEMENT TO FILE REVISED DECLARATION OF ROBERT H. JOHNSON AND EXHIBITS THERETO IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT BY MAY 29, 2009**<br><br>**Hearing Date:** June 3, 2009<br>**Courtroom:** 6<br>**Time:** 9:00 a.m.<br>**Judge:** Hon. John A. Mendez<br>**Trial Date:** August 24, 2009 |

TO THE HONORABLE JOHN A MENDEZ AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On May 20, 2009 PLAINTIFF through his attorney requested all DEFENDANTS agree to permit him to file and serve all his papers in Opposition to their motions for summary judgment one day later that the schedule set out in the Court's Status Order. The Court approved that stipulation and permitted the filing of those papers.

1

STIPULATION AND PROPOSED ORDER RE:
AGREEMENT TO FILE REVISED DECLARATION OF ROBERT H. JOHNSON AND EXHIBITS THERETO
IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE,
MOTION FOR SUMMARY JUDGMENT BY MAY 29, 2009

On May 27, 2009 these DEFENDANTS filed *and* served hard copies of their papers in Reply, *including a* revised Declaration of Robert H. Johnson (the original of which had inadvertently included the signature page of the a Request for Judicial Notice instead of the signature page of that declaration).  On May 29, 2009 it was discovered that a copy of this document had inadvertently not been e-filed along with the numerous other documents e-filed on May 27.

The parties through their attorneys, have graciously agreed to permit Defendants, SCOTT ROBERTSON and ROBERTSON and WOODFORD (hereinafter "Defendants") to electronically file the Revised Declaration of Robert H. Johnson in Support of Defendants' Motion for Summary Judgment, or in the Alternative, Motion for Summary Adjudication, and exhibits thereto on May 29, 2009.

The Revised Declaration of Robert H. Johnson in Support of Defendants' Motion for Summary Judgment, or in the Alternative, Motion for Summary Adjudication must be electronically filed by 4:00 p.m. on May 29, 2009.

The courtesy of the Court and counsel is greatly appreciated.

Dated: May 29, 2009                JOHNSON SCHACHTER & LEWIS
                                   A Professional Law Corporation


                                   /s/ Robert H. Johnson
                                   ROBERT H. JOHNSON
                                   Attorney for Defendants
                                   SCOTT ROBERTSON and ROBERTSON AND WOODFORD

Dated: May 29, 2009                LENAHAN, LEE, SLATER & PEARSE, LLP


                                   /s/ M. Kathleen Staker
                                   M. KATHLEEN STAKER, Attorneys for
                                   Plaintiff GENERAL CHARLES E. YEAGER

Dated: May 29, 2009                ARMSTRONG & ASSOCIATES


                                   /s/ Dewey V. Harpainter
                                   DEWEY V. HARPAINTER, Attorneys for
                                   Defendants SUSAN YEAGER and YEAGER, INC.

1
2   IT IS HEREBY ORDERED THAT this stipulation between Plaintiff and Defendants be
3   GRANTED.
4
5   Dated: May 29, 2009                                   /s/ John A. Mendez
                                                          Hon. John A. Mendez

# PROOF OF SERVICE

**CASE NAME:** Yeager v. Yeager
**CASE NO.:** 2:06-CV-01196-JAM-EFB

I am employed in the County of Sacramento. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 2180 Harvard Street, Suite 560, Sacramento, CA 95815.

I am familiar with this office's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a United States mailbox after the close of each day's business.

On the date listed below, I served the following: **STIPULATION AND PROPOSED ORDER RE: AGREEMENT TO FILE REVISED DECLARATION OF ROBERT H. JOHNSON AND EXHIBITS THERETO IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT BY MAY 29, 2009**

— United States Mail - on all parties in said action by placing a true copy of the above-described document(s) enclosed in a sealed envelope in the designated area for outgoing mail addressed as set forth below.

— By FACSIMILE (telecopier) - by personally sending to the addressee's facsimile number a true copy of the above-described document(s).

— **ELECTRONIC SERVICE** - by causing such document to be served electronically to the addressees listed below.

— Federal Express - on all parties in said action by placing a true copy of the above-described document(s) in an authorized area for pick-up by an authorized express service courier the same day it is collected and processed in the ordinary course of business as set forth below.

— Personal Service - By personally delivering or causing to be delivered a true copy of the above-described document to the person(s) and at the address(es) set forth as shown below.

| | |
|---|---|
| Charleton S. Pearse<br>Lenahan, Lee, Slater & Pearse, LLP<br>1030 - 15th Street, Suite 300<br>Sacramento, CA 95814<br>Telephone: (916) 443-1030<br>Facsimile: (916) 443-0869 | Dewey V. Harpainter<br>Armstrong & Associates<br>200 Auburn Folsom Road, Suite 106<br>Auburn, CA 95603<br>Telephone: (530) 269-1515<br>Facsimile: (530) 269-2525 |

— FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 29, 2009, at Sacramento, California.

/s/ Jan Hyde
_____
JAN HYDE