1  DEWEY V. HARPAINTER, SBN 099756
   Law Offices of Armstrong & Associates
2  200 Auburn Folsom Road, Suite 106
   Auburn, CA  95603
3  Telephone:  (530) 269-1515
   Facsimile:  (530) 269-2525
4
   Attorney for Defendants
5  SUSAN YEAGER and YEAGER, INC.

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10  GENERAL CHARLES E. "CHUCK",          Case No. 2:06-CV-01196-JAM-EFB
    YEAGER,
11
         Plaintiff,                      ORDER   FOR   ENTRY   OF
12                                       SUMMARY JUDGMENT

    vs.
13

14  SUSAN YEAGER, YEAGER, INC.,
    SCOTT ROBERTSON, ROBERTSON and
15  WOODFORD, LLP, and DOES 1 through    Date:  June 3, 2009
    10,                                  Time:  9:00 AM
16                                       Judge: Hon. John A. Mendez
         Defendants.                     Courtroom:  6, 14th Floor
17  _____/

18         The motion by Defendants SUSAN YEAGER and YEAGER, INC. for summary

19  judgment came on for a scheduled hearing before Hon. JOHN A. MENDEZ, Judge

20  Presiding, for the United States District Court, Eastern District of California.  CHARLETON

21  S. PEARSE of the Law Offices of Lenahan, Lee, Slater & Pearse appeared for Plaintiff

22  CHARLES E. "CHUCK" YEAGER.  DEWEY V. HARPAINTER of the Law Offices of

23  Armstrong & Associates appeared for Defendants SUSAN YEAGER and YEAGER, INC.

24  ROBERT H. JOHNSON of the Law Offices of Johnson Schachter & Lewis appeared for

25  Defendants SCOTT ROBERTSON and ROBERTSON and WOODFORD.

26         After full consideration of the evidence and points and authorities submitted by all

27  parties, and the oral arguments of counsel, it appears and the Court finds that Defendants

28  SUSAN YEAGER and YEAGER, INC. have shown by admissible evidence and reasonable

Yeager v. Yeager, Case No. 2:06-CV-01196-JAM-EFB    ORDER FOR ENTRY OF SUMMARY JUDGMENT

1  inferences therefrom, not contradicted by other evidence of inferences and matters judicially

2  noticed by the Court, that the Complaint has no merit and that there is no triable issue of any

3  material fact with respect thereto, and therefore, Defendants SUSAN YEAGER and

4  YEAGER, INC. are entitled to judgment as a matter of law.

5      IT IS ORDERED that the motion for summary judgment is granted and judgment

6  shall be entered as requested in the motion in favor of SUSAN YEAGER and YEAGER,

7  INC. and against CHARLES E. "CHUCK" YEAGER.

8  Dated:  6-3-09

9

10                                Hon. JOHN A. MENDEZ
                                 Judge of the United States District Court
11                                Eastern District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ARMSTRONG & ASSOCIATES
A PROFESSIONAL CORPORATION
200 AUBURN FOLSOM ROAD, SUITE 106
AUBURN, CALIFORNIA 95603

Telephone (530) 269-1515

Yeager v. Yeager, Case No. 2:06-CV-01196-JAM-EFB     ORDER FOR ENTRY OF SUMMARY JUDGMENT