DEWEY V. HARPAINTER, SBN 099756
Law Offices of Armstrong & Associates
200 Auburn Folsom Road, Suite 106
Auburn, CA 95603
Telephone: (530) 269-1515
Facsimile: (530) 269-2525

Attorney for Defendants
SUSAN YEAGER and YEAGER, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL CHARLES E. "CHUCK", YEAGER,<br><br>Plaintiff,<br><br>vs.<br><br>SUSAN YEAGER, YEAGER, INC., SCOTT ROBERTSON, ROBERTSON and WOODFORD, LLP, and DOES 1 through 10,<br><br>Defendants. | Case No. 2:06-CV-01196-JAM-EFB<br><br>ORDER FOR ENTRY OF SUMMARY JUDGMENT<br><br>Date: June 3, 2009<br>Time: 9:00 AM<br>Judge: Hon. John A. Mendez<br>Courtroom: 6, 14th Floor |

The motion by Defendants SUSAN YEAGER and YEAGER, INC. for summary judgment came on for a scheduled hearing before Hon. JOHN A. MENDEZ, Judge Presiding, for the United States District Court, Eastern District of California. CHARLETON S. PEARSE of the Law Offices of Lenahan, Lee, Slater & Pearse appeared for Plaintiff CHARLES E. "CHUCK" YEAGER. DEWEY V. HARPAINTER of the Law Offices of Armstrong & Associates appeared for Defendants SUSAN YEAGER and YEAGER, INC. ROBERT H. JOHNSON of the Law Offices of Johnson Schachter & Lewis appeared for Defendants SCOTT ROBERTSON and ROBERTSON and WOODFORD.

After full consideration of the evidence and points and authorities submitted by all parties, and the oral arguments of counsel, it appears and the Court finds that Defendants SUSAN YEAGER and YEAGER, INC. have shown by admissible evidence and reasonable

inferences therefrom, not contradicted by other evidence of inferences and matters judicially noticed by the Court, that the Complaint has no merit and that there is no triable issue of any material fact with respect thereto, and therefore, Defendants SUSAN YEAGER and YEAGER, INC. are entitled to judgment as a matter of law.

IT IS ORDERED that the motion for summary judgment is granted and judgment shall be entered as requested in the motion in favor of SUSAN YEAGER and YEAGER, INC. and against CHARLES E. "CHUCK" YEAGER.

Dated: 6-3-09

Hon. JOHN A. MENDEZ
Judge of the United States District Court
Eastern District of California