# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| GENERAL CHARLES E. "CHUCK" YEAGER (RET.),<br><br>*Plaintiff/Appellant*,<br><br>vs.<br><br>SUSAN YEAGER; YEAGER, INC.; SCOTT ROBERTSON; ROBERTSON & WOODFORD, LLP; and DOES 1 – 10,<br><br>*Defendants/Appellees* | Case No. 2:06-CV-1196-JAM-EFB<br><br>**ORDER DENYING DEFENDANTS SUSAN YEAGER'S AND YEAGER, INC.'S MOTION FOR ATTORNEY'S FEES AND COSTS**<br><br>Date:  May 19, 2010<br>Time:  9:30 a.m.<br>Hon. John A. Mendez |

The Motion for Attorney's Fees And Costs, filed by Defendants Susan Yeager and Yeager, Inc. pursuant to FRCP 54(d) on March 10, 2010, came on regularly for hearing before Hon. John A. Mendez on May 19, 2010.  Defendants Susan Yeager and Yeager, Inc. appeared through their counsel of record, Dewey V. Harpainter.  Plaintiff General Charles E. "Chuck" Yeager appeared through his counsel of record, Don A. Lesser.

/ / /

/ / /

/ / /

-1-

NOTICE OF APPEAL
Case No. 2:06-CV-1196-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com

The Court rules as follows, having considered Defendants' moving papers, Plaintiff's opposing papers and counsel's oral argument at the hearing, Defendants having filed no reply:

IT IS ORDERED that Defendants' Motion for Attorney's Fees and Costs is denied in its entirety because it was not filed within the time required by FRCP 54(d)(2)(B)(i) and Local Rule 293.

DATED:   May 20, 2010

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge

**APPROVED AS TO FORM:**

DATED:  5/19/2010

/S/
_____
Dewey V. Harpainter
Counsel for Defendants Susan Yeager and Yeager, Inc.

NOTICE OF APPEAL
Case No. 2:06-CV-1196-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com